UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

In Re: Colgate-Palmolive Softsoap
Antibacterial Hand Soap Marketing
and Sales Practices Litigation

                                              Civil No. 12-md-2320-PB
                                                             12-cv-2328-PB

O R D E R

By notice dated March 26, 2012, Attorney William J. Pinilis was instructed to register for Electronic Case Filing (ECF) within thirty (30) days.   To date, attorney Pinilis has not registered as instructed.

Attorney Pinilis shall register for ECF on or before May 14, 2012. Failure to register by that date shall result in Attorney Pinilis being removed as counsel of record, and he will no longer entitled to receive court notices and orders or pleadings filed by the parties in this case.

SO ORDERED.


May 1, 2012                                       */s/ Paul Barbadoro*
                                                       Paul Barbadoro
                                                       United States District Judge


cc:    William J. Pinilis, Esq.
        Joseph Milowic, Esq.