UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

In Re: Colgate-Palmolive Softsoap
Antibacterial Hand Soap Marketing
and Sales Practices Litigation

Civil No. 12-md-2320-PB
12-cv-2328-PB

O R D E R

By notice dated March 26, 2012, Attorney Joseph Milowic was instructed to register for Electronic Case Filing (ECF) within thirty (30) days. To date, attorney Milowic has not registered as instructed.

Attorney Milowic shall register for ECF on or before May 14, 2012. Failure to register by that date shall result in Attorney Milowic being removed as counsel of record, and he will no longer entitled to receive court notices and orders or pleadings filed by the parties in this case.

SO ORDERED.

May 1, 2012                      /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

cc:    Joseph Milowic, Esq.
        All Counsel of Record